UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 08-20317-CIV-MARTINEZ/BANDSTRA

MOISES SELESKY, on behalf of himself and
all others similarly situated,

       Plaintiff,

v.

MERCK & CO., INC.,
SCHERING PLOUGH CORPORATION,
and MERCK/SCHERING PLOUGH
PHARMACEUTICALS,

       Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    Plaintiff Moises Selesky, by and through his undersigned attorneys, and pursuant to the Court's February 8, 2008 Order, files the following Certificate of Interested Persons and Corporate Disclosure Statement:

**Certificate of Interested Persons**

Moises Selesky, Plaintiff

Lance A. Harke, P.A. and Howard M. Bushman, P.A., Harke & Clasby LLP

    *Counsel for Plaintiff*

Justin G. Witkin, Esq., Bryan F. Aylstock, Esq., Douglass A. Kreis, Esq., and Neil D. Overholtz, Esq., Aylstock, Witkin, Kreis & Overholtz, PLLC

    *Counsel for Plaintiff*

Merck & Co., Inc. (and any related entities or persons that it may disclose)

CASE NO.: 08-20317-CIV-MARTINEZ/BANDSTRA

Schering Plough Corporation (and any related entities or persons that it may disclose)

Merck/Schering Plough Pharmaceuticals (and any related entities or persons that it may disclose)

Respectfully submitted,

s/ Lance A. Harke
Lance A. Harke, P.A.
Florida Bar No. 863599
lharke@harkeclasby.com
Howard M. Bushman, P.A.
Florida Bar No. 0364230
hbushman@harkeclasby.com

HARKE & CLASBY LLP
155 South Miami Ave., Suite 600
Miami, Florida 33130
Telephone:     (305) 536-8220
Telecopier:    (305) 536-8229

*Co-Counsel for Plaintiff & Class Members*

-and-

Justin G. Witkin, Esq.
Florida Bar No.: 0109584
Bryan F. Aylstock, Esq.
Florida Bar No.:  78263
Douglass A. Kreis, Esq.
Florida Bar No.: 0129704
Neil D. Overholtz, Esq.
Florida Bar No.:  0188761

Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive
Gulf Breeze, Florida 32562
(850) 916-7450 Telephone
(850) 916-7449 Facsimile

Co-Counsel for Plaintiff & Class Members